UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

FRED SCHUCK                                                                                          PLAINTIFF

V.                                                                              NO. 4:03CV364-SA-JAD

DR. JOHN BEARRY                                                                                 DEFENDANTS

## ORDER DENYING MOTION

The motion [51] of the Defendant Wexford Health Services is **DENIED** as moot.

**SO ORDERED** this the 4th day of November, 2008.

                                                  **/s/ Sharion Aycock**
                                                  **U.S. DISTRICT COURT JUDGE**